Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−32449−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lynn C Sanfilippo
   28 Willow Way
   Wanaque, NJ 07465

Social Security No.:
   xxx−xx−7396

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/14/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 14, 2019
JAN: jf

                                                              Jeanne Naughton
                                                              Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 18-32449-VFP
Lynn C Sanfilippo                                               Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2       User: admin              Page 1 of 2       Date Rcvd: Feb 14, 2019
                           Form ID: 148             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
db           +Lynn C Sanfilippo,    28 Willow Way,    Wanaque, NJ 07465-1709
517916732    +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517867113    +KML Law Group,    216 Haddon Ave,    Suite 406,   Westmont, NJ 08108-2812
517867117    ++VALLEY,   ATTN ATTN LEGAL DEPARTMENT,    1455 VALLEY ROAD,    WAYNE NJ 07470-8448
              (address filed with court: Valley National Bank,     Attn: Legal Dept,    1455 Valley Rd,
               Wayne, NJ 07470)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2019 00:14:32      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2019 00:14:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Feb 15 2019 04:38:00      Synchrony Bank, c/o PRA Receivables Management, LL,
                 POB 41021,   Norfolk, VA 23541-1021
517922186       EDI: BECKLEE.COM Feb 15 2019 04:38:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517867109      +EDI: AMEREXPR.COM Feb 15 2019 04:38:00      Amex,   Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
517867110       EDI: BANKAMER.COM Feb 15 2019 04:38:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
517961879       EDI: BL-BECKET.COM Feb 15 2019 04:38:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517867111      +EDI: CHASE.COM Feb 15 2019 04:38:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,   Wilmington, DE 19850-5298
517876321       EDI: DISCOVER.COM Feb 15 2019 04:38:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
517867112      +EDI: DISCOVER.COM Feb 15 2019 04:38:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517867114      +EDI: CBSKOHLS.COM Feb 15 2019 04:38:00      Kohls / Capital One,    Kohls Credit,    Po Box 3120,
                 Milwaukee, WI 53201-3120
517867114      +E-mail/Text: bncnotices@becket-lee.com Feb 15 2019 00:13:30      Kohls / Capital One,
                 Kohls Credit,    Po Box 3120,   Milwaukee, WI 53201-3120
517975969       E-mail/Text: camanagement@mtb.com Feb 15 2019 00:14:02      M & T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-840
517867115       E-mail/Text: camanagement@mtb.com Feb 15 2019 00:14:02      M&T Bank,    PO Box 62182,
                 Baltimore, MD 21264
517867116      +EDI: RMSC.COM Feb 15 2019 04:38:00      Syncb / J T V,   Po Box 965036,    Orlando, FL 32896-5036
517868977      +EDI: RMSC.COM Feb 15 2019 04:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Feb 14, 2019
                               Form ID: 148             Total Noticed: 19


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
              James C. Zimmermann    on behalf of Debtor Lynn C Sanfilippo jim@jzlawyer.com,    jim@jzlawyer.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```